SUCCESSION OF PIERRE FRANÇOIS OYON.—BENJAMIN WIN-
CHESTER, Attorney in Fact of Anne Josephine Virginie Patrix
and others, appellant.

APPEAL from the Court of Probates of Lafourche Interior, *Mc
Allister*, J.

MORPHY, J. This case presents the same question as that just
decided on the appeal of Louis Jean Baptiste Augustin Blon-
delee, and it must be decided in the same way.

It is, therefore, ordered, that the judgment of the Court of Pro-
bates, of the parish of Lafourche Interior, be so amended as to
reject from the defendant's account the item charging the appel-
lants with ten per cent on the amount accruing to them from the
estate of the late Pierre François Oyon; and that it be affirmed
in all other respects. The appellee to pay the costs of this ap-
peal out of the funds of the estate.

*M. Taylor*, and *B. Winchester*, for the appellant.
*J. C. Beatty*, District Attorney, for the State.